# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Hoang Minh Le,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Chiou Investments LLC et al.,<br><br>　　　　　　Defendants. | EDCV 15-2044-VAP (DTBx)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT** |

　　On January 20, 2016, the Court issued its Scheduling Order. Pursuant to that Order, the final day to conduct a settlement conference was April 4, 2016, and the parties were required to file a joint report no later than ten days after the conference. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than May 19, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely. This order may also be discharged by filing a notice of settlement.

**IT IS SO ORDERED.**

Dated:　5/12/16

　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　United States District Judge